**44**

COM.

v.

**ADAMS, E.**

**1445 WDA 2016**

Superior Court of Pennsylvania.

06/05/2017

Reargument Denied 8/17/2017

CP–02–CR–0002870–2016 (Allegheny)

Affirmed

COM.

v.

**LONG, E.**

**3255 EDA 2015**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–0000845–2014
(Philadelphia)

Affirmed

COM.

v.

**BUFORD, J.**

**3805 EDA 2015**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–0014415–2014 (Philadelphia)

Affirmed

COM.

v.

**ACOSTA, M.**

**159 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–0001322–2015 (Philadelphia)

Affirmed

COM.

v.

**VERBISKI, M.**

**416 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–0003497–2009 (Philadelphia)

Affirmed